UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ANTHONY LEONE, § | |
|     PLAINTIFF § | |
| § | |
| v. § | CIVIL ACTION NO. 4:22-cv-00387 |
| § | |
| SENTRY INSURANCE A MUTUAL § | |
| COMPANY, § | |
|     DEFENDANT § | |

## NOTICE OF REMOVAL

Defendant, Sentry Insurance a Mutual Company ("Sentry"), files this Notice of the Removal of this case from the 153rd Judicial District Court of Tarrant County, Texas, to the United States District Court for the Northern District of Texas, Fort Worth Division, pursuant to 28 U.S.C. § 1441 and 1446(b) and would show the Court as follows:

1.

Sentry is the Defendant in Cause No. 153-332984-22, entitled "Anthony Leone v. Sentry Insurance A Mutual Company", currently pending in the 153rd Judicial District Court of Tarrant County, Texas.

2.

Sentry, through its registered agent for service of process, was served with Plaintiff's lawsuit on April 14, 2022. Sentry is filing this notice timely under 28 U.S.C. § 1446(b), as this notice is being filed within thirty days from when Sentry was served with Plaintiff's lawsuit, so that Sentry's filing of this notice is timely under 28 U.S.C. § 1446(b).

3.

At the date of commencement of this action and at all pertinent times, Plaintiff Anthony

Leone is a citizen of the State of Texas, being an individual domiciled in the State of Texas. At all times relevant herein, Defendant Sentry is a citizen of the State of Wisconsin, being an insurance company incorporated in the State of Wisconsin, and having its principal place of business in the State of Wisconsin.

4.

This Court has original jurisdiction of this action under 28 U.S.C. § 1332, and it may be removed to this Court by Sentry, pursuant to 28 U.S.C. § 1441, it being a civil action wherein the amount in controversy exceeds $75,000.00, exclusive of interest and costs, as between citizens of different states. That the necessary amount in controversy is met is illustrated by Plaintiff's Original Petition, where in Paragraph 4 of the Original Petition, Plaintiff alleges he seeks more than $1,500,000 in damages.

5.

Copies of all the pleadings which have been filed in this action to date and which are attached as Exhibit "A" include the following:

a. Plaintiff's Original Petition;

b. Request for Citation to Sentry;

c. Citation to Sentry; and

d. Return of Service on Sentry.

To the best of Sentry's knowledge, no other pleading, process or order has been filed or served in the state court lawsuit referred to above.

6.

Attached as Exhibit "B" to this Notice is the Certificate of Interested Persons required by the

Court. Also being filed with this notice are the Civil Cover Sheet and Supplemental Civil Cover Sheet required by the Court.

Wherefore, Defendant, Sentry Insurance a Mutual Company, prays that this action be removed to this Court from the 153rd Judicial District Court of Tarrant County, Texas and for further proceedings as may be necessary.

                                                Respectfully submitted,

                                                /S/Russell J. Bowman
                                                Russell J. Bowman
                                                Texas State Bar No. 02751550
                                                800 West Airport Freeway, Suite 860
                                                Irving, Texas 75062
                                                (214) 922-0220
                                                (214) 922-0225 (FAX)
                                                ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument was served upon the following, as indicated below, on this the 6th day of May, 2022:

Mr. Shaun W. Hodge                           VIA E-MAIL: shodge@hodgefirm.com
The Hodge Law Firm, PLLC
Old Galveston Square Building
2211 Strand, Suite 302
Galveston, Texas 77550

                                                /S/Russell J. Bowman
                                                Russell J. Bowman