UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ANTHONY LEONE, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Civil Action No. 4:22-cv-00387-O |
| | § |
| SENTRY INSURANCE A MUTUAL COMPANY, | § |
| | § |
| Defendant. | § |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. This case, including all claims and causes of action that the parties could have asserted against the other in this lawsuit, is **DISMISSED with prejudice**.

2. The taxable costs of court, as calculated by the clerk of court, shall be borne by the party incurring the same.

**SO ORDERED** this **24th day** of **May, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE